IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMMISSIONER,<br><br>    Plaintiff,<br><br>    v.<br><br>CRESCENT TRUCK LINES, INC., ET AL.,<br><br>    Defendants.<br>_____/ | No. C 10-4086 JSW<br><br>**ORDER DENYING REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Defendant Crescent Truck Lines, Inc. has requested to appear by telephone at the initial case management conference scheduled for March 11, 2011. (Doc. no. 16.) By order dated October 8, 2010, the Court set the case management conference and required personal appearance by counsel. The Court requires personal appearances at the first initial case management conference, but upon showing of good cause, may permit counsel to appear by telephone at subsequent case management conferences. Accordingly, the request is DENIED.

**IT IS SO ORDERED.**

Dated: March 10, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE