Oliver E. Benn (SBN 244618)
DUANE MORRIS LLP
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
Email: OBenn@DuaneMorris.com

Charlotte E. Thomas (Admitted pro hac vice)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020
E-Mail: CThomas@DuaneMorris.com

Attorneys for Plaintiff Michael F. Consedine,
Insurance Commissioner of the Commonwealth of
Pennsylvania, acting in his official capacity as
Statutory Liquidator of Legion Insurance Company
and Villanova Insurance Company

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. CONSEDINE, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in his official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>CRESCENT TRUCK LINES, INC.,<br><br>Defendants. | Case No.: C-10-04086 JSW<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT |

MICHAEL F. CONSEDINE, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in his official capacity as Statutory Liquidator of LEGION INSURANCE COMPANY and VILLANOVA INSURANCE COMPANY (the "Liquidator"), and CRESCENT TRUCK LINES, INC. ("DEFENDANT"), HEREBY STIPULATE AND AGREE THAT:

WHEREAS, on September 10, 2010 the Liquidator commenced this action alleging that Defendant owed the Liquidator for amounts advanced pursuant to Large Deductible Endorsements in certain insurance policies issued by Legion Insurance Company and/or Villanova Insurance Company.

WHEREAS, on October 18, 2010, Crescent filed an Answer with Affirmative Defenses denying that some or all of the amounts claimed were due and owing;

WHEREAS, on March 22, 2011, the Liquidator filed an Amended Complaint and on April 11, 2011 Crescent filed an Answer with Affirmative Defenses to the Amended Complaint.

WHEREAS, the parties hereto have agreed to a settlement and compromise of this action and entered into a Settlement Agreement and Mutual Release without adjudication of any issue of fact or law in this action.

WHEREAS, in accordance with the terms of the Settlement Agreement and Mutual Release, the parties stipulate to a judgment entered against the Defendant.

1. Judgment shall be entered in favor of the Liquidator and against DEFENDANT, together with its successors and assigns, in the sum of $1,000,000, pursuant to the written Settlement Agreement, entered into contemporaneously by these parties on August 24, 2011.

2. DEFENDANT, together with its successors and assigns, consents to entry of judgment and waives all rights to findings of fact, conclusions of law, trial and/or appeal from said entry of judgment;

3. DEFENDANT, together with its successors and assigns, agrees that if judgment is entered pursuant to this Stipulation, any such judgment is not dischargeable under the bankruptcy laws of the United States of America.

4. DEFENDANT, together with its successors and assigns, agrees that the Judgment entered pursuant to the Stipulation is enforceable in California, and elsewhere in the United States upon transfer of the Judgment to any other federal district court outside of California.

**IT SO STIPULATED:**

LEGION INSURANCE COMPANY,
(IN LIQUIDATION) AND VILLANOVA INSURANCE
COMPANY (IN LIQUIDATION)

By: _____
Bruce Daley, Chief
Takeover Management Division

On behalf of Michael F. Consedine, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in his official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company

Date: 5/24/11

CRESCENT TRUCK LINES, INC.

By:_____

Title:_____

Date: _____

4. DEFENDANT, together with its successors and assigns, agrees that the Judgment entered pursuant to the Stipulation is enforceable in California, and elsewhere in the United States upon transfer of the Judgment to any other federal district court outside of California.

**IT SO STIPULATED:**

LEGION INSURANCE COMPANY,
(IN LIQUIDATION) AND VILLANOVA INSURANCE
COMPANY (IN LIQUIDATION)

By: _____
    Bruce Daley, Chief
    Takeover Management Division

On behalf of Michael F. Consedine, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in his official capacity as Statutory Liquidator of Legion Insurance Company and Villanova Insurance Company

Date: _____


CRESCENT TRUCK LINES, INC.

By: _____
    GREGORY S. WARN
Title: PRESIDENT

Date: AUGUST 17, 2011

# JUDGMENT

IT IS SO ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered in favor of Plaintiff MICHAEL F. CONSEDINE, Insurance Commissioner of the Commonwealth of Pennsylvania, acting in his official capacity as Statutory Liquidator of LEGION INSURANCE COMPANY and VILLANOVA INSURANCE COMPANY (the "Liquidator") and against Defendant CRESCENT TRUCK LINES, INC. ("Crescent"), together with its successors and assigns, in the sum of One Million Dollars ($1,000,000.00), in accordance with the terms of the written stipulation of the parties and in accordance with the terms of the written Settlement Agreement of the parties.

BY THE COURT:

Dated: __August 31__, 2011   _/s/ Jeffrey S. White_
The Honorable Jeffrey S. White
Judge of the U.S. District Court